UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMEER ALGHUSAIN,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON L. NEMETH, et al.,<br><br>  Defendants. | Case No. 20-cv-05175-BLF<br><br>**ORDER DENYING MOTION FOR JOINDER AND ISSUANCE OF PROPOSED SUMMONS** |

Pro se Plaintiff Ameer Alghusain filed a motion requesting this Court issue a summons to GS Operating LLC d/b/a GexPro Services. *See* Mot., 112 This request is improper because GS Operating LLC is not a party to this lawsuit, and the Court cannot order summons be issued to nonparties. If Plaintiff would like to add GS Operating LLC as a plaintiff to this lawsuit, Plaintiff needs to file a motion for leave to file an amended complaint, with the proposed amended complaint attached, and specify in his motion the facts he is adding against GS Operating LLC.

**IT IS SO ORDERED.**

Dated: October 21, 2020

_____
BETH LABSON FREEMAN
United States District Judge