United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AMEER ALGHUSAIN,<br>  Plaintiff,<br>v.<br>JASON L. NEMETH, et al.,<br>  Defendants. | Case No. 20-cv-05175-BLF<br><br>**ORDER DENYING MOTION TO ENTER THE STATE OF OHIO**<br><br>[Re: ECF 151] |

Pro se Plaintiff Ameer Alghusain has filed a motion seeking this Court's permission to enter the state of Ohio without fear of being arrested by certain Defendants in this action. *See* Mot., ECF 151. The Court construes this motion as a request for preliminary injunction. Preliminary injunctive relief is an "extraordinary and drastic remedy," that is never awarded as of right. *Munaf v. Geren*, 553 U.S. 674, 689-690 (2008) (internal citations omitted). A plaintiff seeking preliminary injunctive relief must establish "[1] that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). Here, Mr. Alghusain has provided no evidence or indication of the nature of the alleged order requiring him to stay out of Ohio. Further, Mr. Alghusain has provided no evidence or support for the requested relief or authority for the court to enjoin a state order of unknown description. Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: December 28, 2020

_____
BETH LABSON FREEMAN
United States District Judge